**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

**CLERK'S COURT MINUTES**

PRESIDING:     HONORABLE
Case No.                                : Court Reporter:
                                         : Interpreter:
                    ..........................................................
Plaintiff(s)                             : Defendant(s)
                                         :
                                         :
                                         :
                                         :
                                         :
                                         :
                                         :
..........................................................................................................................................
Plaintiff(s) Counsel:

Defendant(s) Counsel:

Issues before the Court:
Motion(s) for Ruling:                              Ruling     /    Ruling Reserved
..........................................................................................................................................
                                                    :
                                                    :
                                                    :
                                                    :
                                                    :
..........................................................................................................................................
Proceedings:




Time Start:
Time End:
Date:                                    Deputy Clerk